COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | | |
|---|---|---|---|
| JAYLON WILLIAMS-CRANE, | § | | No. 08-24-00050-CR |
| | | | No. 08-24-00051-CR |
| Appellant, | § | | No. 08-24-00052-CR |
| v. | § | | Appeal from the |
| THE STATE OF TEXAS, | § | | 451st Judicial District Court |
| Appellee. | § | | of Kendall County, Texas |
| | | | (TC# 8952, 8953, 8954) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.